# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DOMINGOS S. FERREIRA,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No. 06-CV-0163-CVE-SAJ |
| **TIM HARRIS, Tulsa County District Attorney, in his official capacity; CITY OF TULSA; WOODLAND VIEW CONGREGATION OF JEHOVAH'S WITNESSES; by and through its trustees; HARRY FENNELL, Secretary and Trustee; MARCUS HAUGE, Trustee; and BILL COOPER, Trustee,** | ) ) ) ) ) ) ) ) |
| **Defendants.** | ) |

## OPINION AND ORDER

Before the Court is Plaintiff's Disclosure in Response to Court's Request in Opinion and Order (Dkt. # 6). Plaintiff, Domingos Ferreira, in response to the Court's Opinion and Order (Dkt. # 5) seeks leave to file an amended complaint addressing the concerns raised by the Court, in addition to an amended memorandum in support of his motion for preliminary injunction (Dkt. # 2).

Fed. R. Civ. P. 15 permits a plaintiff to amend his pleading "once as a matter of course at any time before a responsive pleading is served . . . ." Fed. R. Civ. P. 15(a). Since none of the named defendants has filed a responsive pleading in this matter, plaintiff may amend his complaint without leave of court. Plaintiff may file an amended memorandum in support of his motion for preliminary injunction. That memorandum may not exceed thirty-five (35) pages.

**IT IS THEREFORE ORDERED** that plaintiff shall file his amended complaint and amended memorandum (Dkt. # 2) no later than **May 1, 2006**.

**DATED** this 18th day of April, 2006.

*Claire V. Eagan*
CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT